# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JONATHAN TABER SANCHEZ**　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　No: 3:20-cv-384 DPM

**SUSAN COX**, Nurse, Poinsett County
Detention Center; **TRISH MARSHALL**,
Administrator, Poinsett County
Detention Center　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

1. The Court withdraws the reference.

2. Sanchez hasn't filed a free-world application to proceed *in forma pauperis* or paid the $350 still owed toward the filing fee; and the time to do so has passed. *Doc. 14.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 April 2021