IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JONATHAN TABER SANCHEZ**                                          PLAINTIFF

v.                              No: 3:20-cv-384 DPM

**SUSAN COX**, Nurse, Poinsett County
Detention Center; **TRISH MARSHALL**,
Administrator, Poinsett County
Detention Center                                                    DEFENDANTS

## JUDGMENT

Sanchez's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

23 April 2021